# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

```
-------------------------------------------------------------X
In re:                                          :     Chapter 11
                                                :
RO & SO, INC.                                   :     Case No. _____
                                                :
        Debtor.                                 :
                                                :
-------------------------------------------------------------X
```

## CERTIFICATE OF ADOPTION OF AUTHORIZING RESOLUTION

This is to certify that, at a meeting of the Shareholder of **RO & SO, INC.**, a District of Columbia Corporation, duly called and convened July 16, 2018, with the sole shareholder present in person, the following resolution was duly adopted:

> RESOLVED, that **Eun Hwa Song**, be, and he hereby is, authorized, on behalf of this Company, to cause to be prepared and filed the corporation's voluntary petition under Chapter 11 of Title 11 of the United States Code, and all other necessary papers in connection therewith, in the United States Bankruptcy Court for the District of Columbia, and further, to such end, to do any other acts and to take any other steps, in the name and behalf of the company, necessary or appropriate to obtaining an order for relief under such chapter of the Bankruptcy Code.

_/s/ Eun Hwa Song_____
President