**DEFLTRIN (03/03)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
Ro & So, Inc.  
**Debtor**

**Case No.** 18−00494−SMT

**Chapter** 11

ISSUE TO:
Ro & So, Inc.
1100 First St NE Ste. 150
Washington, DC 20002

## NOTICE TO PARTY FILING DEFICIENT BANKRUPTCY CASE

*(NOTE TO FILER: This notice to be attached to any documents when submitting previously deficient items)*

==========================================================================

**WARNING − The deficient bankruptcy case filing described above will be dismissed unless you correct the following deficiencies. You have until** 7/30/2018 **to file the corrections.**

The Clerk has accepted the following pleading or document: **(Docket Entry No.**

*1* – Chapter 11 Voluntary Petition Non−Individual Fee Amount $1717 Filed by Ro & So, Inc. Chapter 11 Plan due by 11/16/2018. Disclosure Statement due by 01/15/2019. Schedule A/B due 08/2/2018. Schedule D due 08/2/2018. Schedule E/F due 08/2/2018. Schedule G due 08/2/2018. Schedule H due 08/2/2018. Statement of Financial Affairs due 08/2/2018.Attorney Fee Disclosure (2016(b)) due 08/2/2018. Incomplete Filings due by 08/2/2018. Government Proof of Claim due by 01/15/2019. Chapter 11 Plan (Small Business) due by 01/15/2019. Disclosure Statement due by 01/15/2019. Balance Sheet due: 07/26/2018. Statement of Operations due: 07/26/2018. Cash Flow Statement due: 07/26/2018. Federal Income Tax Return due: 07/26/2018. (Press, Daniel)

).

| | |
|---|---|
| ☐ | *Incomplete Petition* – The petition did not include either the complete address of the debtor/co−debtor or the social security (if a business, the tax identification) number. |
| ☐ | *Official Form* – The voluntary petition and accompanying forms should comply with Official Form 1 (approved by the Judicial Conference, effective 3/1/98). |
| ☐ | *Signature* – The debtor or attorney for the debtor did not sign the petition or the signature is not an original signature. |
| ☐ | *Payment of Filing Fee* – The proper payment for the filing fee was not received. Payments must be made by attorney check or money order (personal checks are not accepted) in the amount listed on the current fee schedule. The check or money order must be dated, signed and made out to Clerk, U.S. Bankruptcy Court. |
| | **Chapter 11 Cases Only** |
| ☐ | *List of Creditors* – The Voluntary Petition was not accompanied by a list containing the names and addresses of each creditor. |
| ☐ | *Verification of Authority to File* – A voluntary petition filed by a corporate debtor requires a corporate resolution authorizing such filing. A partnership requires a certificate to accompany the petition. See LBR 1002−1(a) and 1004−1. |
| ☑ | |

|     |     |
| --- | --- |
| ☐ | *Balance Sheet* – A debtor designated as a small business is required to file a Balance Sheet with the petition. See 11 USC § 1116. |
| ☑ | *Statement of Operations* – A debtor designated as a small business is required to file a Statement of Operations with the petition. See 11 USC § 1116. |
| ☑ | *Cash Flow Statement* – A debtor designated as a small business is required to file a Cash Flow Statement with the petition. See 11 USC § 1116. |
| ☐ | *Federal Income Tax Return* – A debtor designated as a small business is required to file a Federal Income Tax Return with the petition. See 11 USC § 1116. |
| ☐ | *Other.* |

Dated: 7/23/18

For the Court:
Angela D. Caesar
BY: FB