IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>RO & SO, INC.,<br><br>      Debtor. | Case No. 18-00494-SMT<br>Chapter 11<br><br>Hearing Date & Time:<br>September 18, 2019 at<br>10:30 AM |

**UNITED STATES TRUSTEE'S CONSENT TO DISMISSAL IN REPLY TO DEBTOR'S RESPONSE TO MOTION TO CONVERT OR DISMISS**

John P. Fitzgerald, III, Acting United States Trustee for Region 4 and the District of Columbia, by undersigned counsel, files this reply to the response filed by counsel for the debtor and debtor in possession. By this reply, the United States Trustee agrees that dismissal rather than chapter 7 conversion of this chapter 11 case. As grounds, the United States Trustee states as follows:

Office of United States Trustee
Joseph A. Guzinski, Asst. U.S. Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7176
joseph.a.guzinski@usdoj.gov

1. On August 7, 2019, the United States Trustee file a motion to convert this case to chapter 7, or in the alternative to dismiss this case (the "Motion"). Dkt. 35.

2. The United States Trustee's Motion is set for hearing before this Court on September 18, 2019.

3. On August 28, 2019, counsel for the debtor filed a response to the Motion (the "Response"). Dkt. 40.

4. In the Response, Debtor's counsel stated:
    a. "Debtor cannot dispute that cause exists under 11 U.S.C. § 1112(b), nor can it establish that there are unusual or countervailing circumstances."

    b. Counsel has not heard from "the Debtor or its principals for quite some time . . . ."

5. The Response states that the Debtor "has no objection to dismissal of this case . . . ."

6. The United States Trustee agrees that dismissal of this case is appropriate.

WHEREFORE the United States Trustee requests that the Court enter an order dismissing this case, and grant such further relief as is just and proper.

DATE:  September 17, 2019         Respectfully submitted,

Office of U. S. Trustee           JOHN P. FITZGERALD, III,
1725 Duke St., Suite 650          ACTING U.S. TRUSTEE,
Alexandria, VA  22314             REGION FOUR
Ph: (703) 557-7176
Fax:(703) 557-7279                By: */s/ Joseph A. Guzinski*
Email:                                Joseph A. Guzinski
joseph.a.guzinski@usdoj.gov           Assistant U.S. Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2019, I electronically filed the foregoing with the clerk of the court and, under Local Bankruptcy Rule 5005-3, served it on the parties listed below who are registered Users of the of the CM/ECF system, by the notice of electronic filing generated by the court's ECF system; and on the parties listed below by first class mail, postage prepaid.

Ro & So, Inc.
1100 First St NE Ste. 150
Washington, DC 20002

*Debtor and Debtor in Possession*

Daniel M. Press
Chung & Press, P. C.
6718 Whittier Ave.,
Suite 200
McLean, VA 22101
*Counsel for Debtor in Possession*

/s/ Joseph A. Guzinski
Joseph A. Guzinski